UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **SPIRIT AND TRUTH FAMILY** | § | **CASE NO. 09-33890** |
| **WORSHIP CENTER, INC.** | § | **(Chapter 11)** |
| Debtor | § | |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE
9010(b) COMBINED WITH REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002(a) and (b)

**Foundation Capital Resources, Inc.,** a Georgia corporation, hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon its attorney-of-record:

Michael J. Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone:  (713) 800-8608
Facsimile:  (713) 800-8609
Email: msmith@csrslaw.com

This request for notices encompasses all notices, copies and pleadings, including, without limitation, to those referred to in Bankruptcy Rules 2002 or 9007, and notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

[K:\Wpmain\23907\52509\Notice of Appear.wpd]

1

Respectfully submitted this 8TH day of June, 2009.

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**


  /s/ MICHAEL J. SMITH
MICHAEL J. SMITH
TBA No. 18650880
4646 Wild Indigo, Suite 110
Houston, Texas  77027
Telephone:    (713) 800-8608
Facsimile:     (713) 800-8609
Email: msmith@csrslaw.com

**Attorneys for Foundational Capital Resources, Inc.**

**CERTIFICATE OF SERVICE**

I, Michael J. Smith, hereby certify that a true and correct copy of the foregoing Notice of Appearance Under Bankruptcy Rule 9010(b) Combined with Request for all Copies Pursuant to Bankruptcy Rule 2002(a) and (b) has been served upon the parties listed below by electronic mail, and/or by first class mail, postage prepaid, on the 8th day of June, 2009:

**DEBTOR:**
Spirit and Truth Family Worship Center, Inc.
P.O. Box 1539
League City, Texas 77574-1539
*Via First Class Mail*

**DEBTOR'S COUNSEL:**
J. Craig Cowgill
Attorney at Law
8100 Washington, Suite 120
Houston, Texas 77007
Telephone: (713) 956-0254
Facsimile: (713) 956-6284
Email: jccowgill@cogillholmes.com
*Via Electronic Notice*

**U.S. TRUSTEE:**
Ellen Maresh Hickman
Office of U. S. Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Facsimile: (713) 718-4680
Email: ellen.hickman@usdoj.gov
*Via Electronic Notice*

   /s/ Michael J. Smith
MICHAEL J. SMITH