IN RE **Spirit And Truth Family Worship Center,**          Case No. **09-33890**
Debtor(s)          (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Cornerstone Shopping Center** <br> **C/O Noble House Real Estate** <br> **PO Box 202** <br> **Seabrook, TX  77586-0202** | commercial lease |
| **Konica Minolta Business Solutions** <br> **21146 Network Place** <br> **Chicago, IL  60673-1211** | copier lease with 14 months remaining |
| **First Data** <br> **6200 S Quebec St** <br> **Greenwood Village, CO  80111-4729** | credit card machine |
| **Fikes** <br> **PO Box 19278** <br> **Houston, TX  77224-9278** | month to month lease on air freshners service for leases space |
| **Pitney Bowes** <br> **P.O. Box 856042** <br> **Louisville, KY  40285-6042** | postage machine and scales |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only