IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| Spirit & Truth Family Worship | § | 09-33890-G3-11 |
| | § | (Chapter 11) |
| Debtor(s) | § | |

NOTICE OF THE UNITED STATES TRUSTEE'S
INABILITY TO APPOINT A CREDITORS' COMMITTEE

COMES NOW the United States Trustee for the Southern District of Texas, by and through the undersigned attorney, and respectfully reports as follows:

1. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. §1102(a)(1).

2. The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee. After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest to appoint a proper Committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

DATED at Houston, Texas, on this the 21st day of July, 2009.

CHARLES F. McVAY
UNITED STATES TRUSTEE

By: /s/ Ellen M. Hickman
     Ellen M. Hickman, Trial Attorney
     Texas Bar #12975800
     515 Rusk, Ste. 3516
     Houston, TX 77002
     (713) 718-4650, FAX (713) 718-4680

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing Notice of United States Trustee's Inability to Appoint a Creditors' Committee was served via ECF or by United States mail, first class, postage paid, to those persons listed below, at the addresses shown, on the 21st day of July 2009.

                                              /s/ Ellen M. Hickman
                                              Trial Attorney

**Debtor**

**Spirit and Truth Family Worship Center, Inc.,** *Debtor in possession*
P. O. Box 1539
League City, TX 77574-1539

**Debtor's Counsel**
J. Craig Cowgill
8100 Washington, Suite 120
Houston, TX 77007

**Parties Requesting Notice**
Michael J. Smith
Chernosky, Smith, Ressling & Smith PLLC
4646 Wild Indigo, Suite 110
Houston, TX 77027