B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Spirit & Truth Family Worship Center _____ ,
                    *Debtor*

Case No.   09-33890-G3-11 _____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   July 2009 _____

Date filed:   June 1, 2009 _____

Line of Business:   Religious Organization _____

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

____ /s/Alma Bamberg _____
Original Signature of Responsible Party


_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐   ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐   ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐   ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐   ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐   ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | | |
|---|---|---|
| **TOTAL INCOME** | $ | 62,484.82 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 0.00 |
| Cash on Hand at End of Month | $ | 0.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 0.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 45,768.81 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 62,484.82 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 45,768.81 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 16,716.01 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL PAYABLES** | $ | 1,764.25 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL RECEIVABLES** | $ | 0.00 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 2 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 2 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 48,061.00 | $ 62,484.82 | $ 14,423.82 |
| EXPENSES | $ 47,444.38 | $ 45,768.81 | $ 1,675.57 |
| CASH PROFIT | $ 616.62 | $ 16,716.01 | $ 16,099.39 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 35,376.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 35,911.61 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ -535.61 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**


**Amegy**Bank
of Texas

P.O. BOX 27459 • HOUSTON, TX 77227-7459

**Statement of Accounts**
Page 1 of 7
This Statement: July 31, 2009
Last Statement: June 30, 2009

Account 0003742490

0035359          3213-06-0200-AMG-PG0023-00032

SPIRIT & TRUTH FAMILY WORSHIP CENTE
PAYROLL ACCOUNT
PO BOX 1539
LEAGUE CITY TX 77574-1539

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:                    713-235-8810
In Dallas/Fort Worth:          214-754-9500
In San Antonio:                210-343-4500
Or Toll-Free:                  800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank National Association**

IMPORTANT INFORMATION REGARDING THE DAILY OVERDRAFT FEE DESCRIPTION - Daily Overdraft Fee (beginning on the 6th day for accounts overdrawn for 5 consecutive days) - $5.00/day. The amount of the fee has not changed. Contact your Banker for details.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Checking | 0003742490 | $800.00 | |

## BUSINESS CHECKING 0003742490                                    105    32

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 14.51 | 19,554.41 | 0.00 | 18,768.92 | 800.00 |

**9 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 07/02 | 1,645.00 | INTERNET XFER FROM DDA ***2466 ID: 183084808 2304502604 |
| 07/06 | 2,960.98 | INTERNET XFER FROM DDA ***2466 ID: 187085544 2304606658 |
| 07/09 | 1,305.49 | INTERNET XFER FROM DDA ***2474 ID: 190131228 2304404134 |
| 07/14 | 2,960.98 | INTERNET XFER FROM DDA ***2466 ID: 195102247 2304503076 |
| 07/16 | 1,720.00 | INTERNET XFER FROM DDA ***2466 ID: 197101620 2303803404 |
| 07/20 | 2,960.98 | INTERNET XFER FROM DDA ***2466 ID: 201081322 2305106754 |
| 07/22 | 1,320.00 | INTERNET XFER FROM DDA ***2466 ID: 203105246 2304302902 |
| 07/27 | 2,960.98 | INTERNET XFER FROM DDA ***2466 ID: 208112542 2305108268 |
| 07/27 | 1,720.00 | INTERNET XFER FROM DDA ***2466 ID: 208112730 2305108284 |

**0 CHARGES/DEBITS**

There were no transactions this period.

EQUAL HOUSING LENDER    MEMBER FDIC

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| **Check Number** | **Check Amount** | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | **STATEMENT BALANCE** | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| **TOTAL:** | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*        *This balance should agree with line 5, above.*

**IN CASE OF ERRORS IDENTIFIED ON THIS STATEMENT**
You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on the statement. Contact us at the phone number(s) shown on page one of this statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

***For Check Reserve accounts:*** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810,1-214-754-9500 or 1-800-287-0301.

***For electronic transfers:*** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**CHECK RESERVE AVERAGE DAILY BALANCE METHOD**
We figure the finance charge on your Check Reserve account by applying the daily periodic rate to the "Average Daily Balance" of your account, including current transactions, multiplied by the number of days in the billing cycle. To get the "Average Daily Balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Any unpaid finance charges incurred during that billing period are not included in the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance" or "Balance Subject to Finance Charge."

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to:
   Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank of Texas, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**



P.O. BOX 27459 • HOUSTON, TX 77227-7459

Page 3 of 7
July 31, 2009
SPIRIT & TRUTH FAMILY WORSHIP CENTE
0003742490

## 32 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1029 | 07/14 | 400.00 | 1041 | 07/20 | 437.50 | 1054 | 07/20 | 1,067.99 |
| 1030 | 07/06 | 420.00 | 1042 | 07/20 | 662.50 | 1055 | 07/27 | 420.00 |
| 1031 | 07/03 | 425.00 | 1043 | 07/20 | 792.99 | 1056 | 07/27 | 400.00 |
| 1032 | 07/08 | 400.00 | 1044 | 07/20 | 1,067.99 | 1057 | 07/24 | 500.00 |
| 1033 | 07/06 | 437.50 | 1045 | 07/17 | 420.00 | 1059* | 07/29 | 437.50 |
| 1035* | 07/06 | 662.50 | 1046 | 07/27 | 400.00 | 1060 | 07/29 | 662.50 |
| 1036 | 07/06 | 792.99 | 1047 | 07/17 | 500.00 | 1061 | 07/29 | 792.99 |
| 1037 | 07/06 | 1,067.99 | 1048 | 07/21 | 400.00 | 1062 | 07/29 | 1,067.99 |
| 1038 | 07/10 | 420.00 | 1049 | 07/20 | 437.50 | 1063 | 07/30 | 420.00 |
| 1039 | 07/14 | 400.00 | 1050 | 07/20 | 662.50 | 1066* | 07/30 | 500.00 |
| 1040 | 07/13 | 500.00 | 1053* | 07/20 | 792.99 | | | |

* Not in check sequence

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/02 | 1,659.51 | 07/13 | 800.00 | 07/22 | 1,720.00 |
| 07/03 | 1,234.51 | 07/14 | 2,960.98 | 07/24 | 1,220.00 |
| 07/06 | 814.51 | 07/16 | 4,680.98 | 07/27 | 4,680.98 |
| 07/08 | 414.51 | 07/17 | 3,760.98 | 07/29 | 1,720.00 |
| 07/09 | 1,720.00 | 07/20 | 800.00 | 07/30 | 800.00 |
| 07/10 | 1,300.00 | 07/21 | 400.00 | | |

EQUAL HOUSING LENDER    MEMBER FDIC

0035359-0000002-0070906

**Amegy Bank of Texas**

This page intentionally left blank

**Amegy Bank of Texas**          Account #     0003742490

Posted 07/14/09  Ch# 1029          $400.00

Posted 07/06/09  Ch# 1030          $420.00

Posted 07/03/09  Ch# 1031          $425.00

Posted 07/08/09  Ch# 1032          $400.00

Posted 07/06/09  Ch# 1033          $437.50

Posted 07/06/09  Ch# 1035          $662.50

Posted 07/06/09  Ch# 1036          $792.99

Posted 07/06/09  Ch# 1037          $1067.99

Posted 07/10/09  Ch# 1038          $420.00

Posted 07/14/09  Ch# 1039          $400.00

Posted 07/13/09  Ch# 1040          $500.00

Posted 07/20/09  Ch# 1041          $437.50

# Amegy Bank of Texas

Account #   0003742490

This Statement:
July 31, 2009
Page 6 of 7

| Check | Posted | Amount |
|-------|--------|--------|
| Ch# 1042 | Posted 07/20/09 | $662.50 |
| Ch# 1043 | Posted 07/20/09 | $792.99 |
| Ch# 1044 | Posted 07/20/09 | $1067.99 |
| Ch# 1045 | Posted 07/17/09 | $420.00 |
| Ch# 1046 | Posted 07/27/09 | $400.00 |
| Ch# 1047 | Posted 07/17/09 | $500.00 |
| Ch# 1048 | Posted 07/21/09 | $400.00 |
| Ch# 1049 | Posted 07/20/09 | $437.50 |
| Ch# 1050 | Posted 07/20/09 | $662.50 |
| Ch# 1053 | Posted 07/20/09 | $792.99 |
| Ch# 1054 | Posted 07/20/09 | $1067.99 |
| Ch# 1055 | Posted 07/27/09 | $420.00 |

# Amegy Bank of Texas

Account #     0003742490

This Statement:
July 31, 2009
Page 7 of 7



Posted 07/27/09  Ch# 1056          $400.00



Posted 07/24/09  Ch# 1057          $500.00



Posted 07/29/09  Ch# 1059          $437.50



Posted 07/29/09  Ch# 1060          $662.50



Posted 07/29/09  Ch# 1061          $792.99



Posted 07/29/09  Ch# 1062          $1067.99



Posted 07/30/09  Ch# 1063          $420.00



Posted 07/30/09  Ch# 1066          $500.00

0035359-0000004-0070908



## AmegyBank
### of Texas
P.O. BOX 27459 • HOUSTON, TX 77227-7459

**Statement of Accounts**
Page 1 of 7
This Statement: July 31, 2009
Last Statement: June 30, 2009

Account 0003742466

0035356      3213-06-0200-AMG-PG0023-00025

SPIRIT & TRUTH FAMILY WORSHIP CENTE
GENERAL FUND
PO BOX 1539
LEAGUE CITY TX 77574-1539

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
| | |
|---|---|
| In Houston: | 713-235-8810 |
| In Dallas/Fort Worth: | 214-754-9500 |
| In San Antonio: | 210-343-4500 |
| Or Toll-Free: | 800-287-0301 |

Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank National Association**

> **IMPORTANT INFORMATION REGARDING THE DAILY OVERDRAFT FEE DESCRIPTION - Daily Overdraft Fee (beginning on the 6th day for accounts overdrawn for 5 consecutive days) - $5.00/day. The amount of the fee has not changed. Contact your Banker for details.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Checking | 0003742466 | $20,103.47 | |

## BUSINESS CHECKING 0003742466                                                          105    25

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 2,040.80 | 67,111.37 | 40,998.84 | 8,049.86 | 20,103.47 |

**29 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 07/01 | 1,675.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000011648107 1104923533 |
| 07/02 | 4,267.19 | DEPOSIT 8441431605 |
| 07/03 | 65.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000012789780 1103815025 |
| 07/06 | 4,370.78 | DEPOSIT 8111770255 |
| 07/06 | 780.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000011748626 1103812361 |
| 07/08 | 658.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000010660990 1104113064 |
| 07/08 | 213.00 | INTERNET XFER FROM DDA ***2482 ID: 189100432 2304802584 |
| 07/09 | 1,550.00 | INTERNET XFER FROM DDA ***2474 ID: 190145439 2304404920 |
| 07/09 | 1,218.99 | DEPOSIT 8229814835 |
| 07/13 | 4,402.00 | DEPOSIT 8550234955 |
| 07/13 | 100.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000010440934 1105306435 |
| 07/15 | 650.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000011980964 1103924810 |
| 07/16 | 23,879.50 | DEPOSIT 8550437260 |
| 07/16 | 230.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000011028985 1103608636 |
| 07/17 | 805.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000013162503 1104420165 |
| 07/20 | 5,838.88 | DEPOSIT 8442708960 |
| 07/20 | 65.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000010760357 1104807565 |
| 07/22 | 1,542.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000011980964 1104108661 |
| 07/23 | 3,852.25 | DEPOSIT 8222044865 |
| 07/24 | 65.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000013726932 1103548114 |
| 07/27 | 5,626.30 | DEPOSIT 8551138420 |
| 07/27 | 311.14 | FDMS OKB DEPOSIT 367593957882 REF # 091000014582913 1104531726 |
| 07/28 | 552.40 | INTERNET XFER FROM DDA ***2474 ID: 209100721 2304702590 |
| 07/28 | 367.94 | INTERNET XFER FROM DDA ***2474 ID: 209100942 2304702618 |
| 07/28 | 286.00 | INTERNET XFER FROM DDA ***2482 ID: 209101220 2304702648 |
| 07/28 | 136.70 | INTERNET XFER FROM DDA ***2474 ID: 209101058 2304702634 |
| 07/28 | 60.00 | INTERNET XFER FROM DDA ***2474 ID: 209100553 2304702578 |


EQUAL HOUSING LENDER    MEMBER FDIC

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**IN CASE OF ERRORS IDENTIFIED ON THIS STATEMENT**
You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on the statement. Contact us at the phone number(s) shown on page one of this statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

*For Check Reserve accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810,1-214-754-9500 or 1-800-287-0301.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**CHECK RESERVE AVERAGE DAILY BALANCE METHOD**
We figure the finance charge on your Check Reserve account by applying the daily periodic rate to the "Average Daily Balance" of your account, including current transactions, multiplied by the number of days in the billing cycle. To get the "Average Daily Balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Any unpaid finance charges incurred during that billing period are not included in the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance" or "Balance Subject to Finance Charge."

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1.  Make a transfer online at www.amegybank.com.
2.  Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3.  Mail your payment to:
    Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459
4.  Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank of Texas, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**


**AmegyBank**
of Texas

Page 3 of 7
July 31, 2009
SPIRIT & TRUTH FAMILY WORSHIP CENTE
0003742466

P.O. BOX 27459 • HOUSTON, TX 77227-7459

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 07/29 | 934.00 | FDMS OKB DEPOSIT 367593957882 REF # 091000010542830  1104505619 |
| 07/30 | 2,609.30 | DEPOSIT 8443339100 |

**62 CHARGES/DEBITS**

| Date | Amount | Description |
|------|--------|-------------|
| 07/02 | 1,645.00 | INTERNET XFER TO DDA ***2490 ID: 183084808 2304502605 |
| 07/02 | 1,524.78 | UNITED HEALTHCAR EDI PA PH0215400 REF # 043000262953491  1104339594 |
| 07/02 | 275.00 | INTERNET XFER TO DDA ***2482 ID: 183092343 2304503023 |
| 07/02 | 180.00 | INTERNET XFER TO DDA ***2474 ID: 183092535 2304503035 |
| 07/06 | 2,960.98 | INTERNET XFER TO DDA ***2490 ID: 187085544 2304606659 |
| 07/06 | 617.00 | INTERNET XFER TO DDA ***2482 ID: 187090131 2304606761 |
| 07/06 | 463.88 | INTERNET XFER TO DDA ***2474 ID: 187090007 2304606735 |
| 07/06 | 279.49 | INTERNET XFER TO DDA ***2474 ID: 187104333 2304607795 |
| 07/06 | 213.00 | INTERNET XFER TO DDA ***3997 ID: 187104925 2304607863 |
| 07/06 | 154.00 | INTERNET XFER TO DDA ***2474 ID: 187104138 2304607719 |
| 07/06 | 134.72 | FDMS OKB DISCOUNT 367593957882 REF # 091000011722701  1103812248 |
| 07/06 | 132.36 | FDMS OKB INTERCHNG 367593957882 REF # 091000011689998  1103812116 |
| 07/06 | 82.00 | INTERNET XFER TO DDA ***2474 ID: 187103949 2304607755 |
| 07/06 | 50.00 | INTERNET XFER TO DDA ***2482 ID: 187131813 2304609103 |
| 07/06 | 46.10 | FDMS OKB FEE 367593957882 REF # 091000011796364  1103812530 |
| 07/06 | 5.00 | INTERNET XFER TO DDA ***2474 ID: 187131656 2304609097 |
| 07/07 | 455.00 | INTERNET XFER TO DDA ***2482 ID: 188092558 2304602211 |
| 07/07 | 260.75 | INTERNET XFER TO DDA ***2474 ID: 188092434 2304602203 |
| 07/07 | 195.00 | INTERNET XFER TO DDA ***2474 ID: 188092051 2304602175 |
| 07/09 | 15.00 | INTERNET XFER TO DDA ***2474 ID: 190090714 2304402217 |
| 07/10 | 36.73 | INTUIT 8004INTUIT 9918829 REF # 021000022658128  1103823742 |
| 07/10 | 32.33 | FDGL LEASE PYMT ***-****167-0REF # 071000015481991  1103830200 |
| 07/13 | 167.00 | OFFICE DEPOT 563010608220240REF # 091409685595152  1105343267 |
| 07/14 | 2,960.98 | INTERNET XFER TO DDA ***2490 ID: 195102247 2304503077 |
| 07/15 | 125.00 | INTERNET XFER TO DDA ***2482 ID: 196104026 2305104457 |
| 07/15 | 21.00 | INTERNET XFER TO DDA ***2474 ID: 196103708 2305104419 |
| 07/16 | 1,720.00 | INTERNET XFER TO DDA ***2490 ID: 197101620 2303803405 |
| 07/17 | 996.56 | HUMANA, INC. INS PYMT ********150017REF # 028000083577042  1104425683 |
| 07/20 | 2,960.98 | INTERNET XFER TO DDA ***2490 ID: 201081322 2305106755 |
| 07/20 | 1,550.00 | INTERNET XFER TO DDA ***2474 ID: 201143224 2305109859 |
| 07/20 | 1,305.49 | INTERNET XFER TO DDA ***2474 ID: 201143400 2305109867 |
| 07/20 | 1,040.00 | INTERNET XFER TO DDA ***2474 ID: 201150548 2305110091 |
| 07/20 | 820.00 | INTERNET XFER TO DDA ***2482 ID: 201144435 2305109941 |
| 07/20 | 650.00 | INTERNET XFER TO DDA ***2474 ID: 201145547 2305110009 |
| 07/20 | 503.50 | INTERNET XFER TO DDA ***2482 ID: 201150257 2305110067 |
| 07/20 | 180.00 | INTERNET XFER TO DDA ***2474 ID: 201144551 2305109943 |
| 07/20 | 170.00 | INTERNET XFER TO DDA ***2474 ID: 201145201 2305109987 |
| 07/20 | 65.00 | INTERNET XFER TO DDA ***2474 ID: 201145756 2305110027 |
| 07/20 | 25.00 | INTERNET XFER TO DDA ***2474 ID: 201151143 2305110147 |
| 07/20 | 25.00 | INTERNET XFER TO DDA ***2482 ID: 201151229 2305110157 |
| 07/22 | 1,320.00 | INTERNET XFER TO DDA ***2490 ID: 203105246 2304302903 |
| 07/22 | 815.00 | INTERNET XFER TO DDA ***2482 ID: 203092817 2304302119 |
| 07/22 | 690.00 | INTERNET XFER TO DDA ***2482 ID: 203094910 2304302303 |
| 07/22 | 340.00 | INTERNET XFER TO DDA ***2474 ID: 203093645 2304302185 |
| 07/22 | 160.00 | INTERNET XFER TO DDA ***2474 ID: 203093816 2304302201 |
| 07/22 | 137.25 | INTERNET XFER TO DDA ***2474 ID: 203093229 2304302143 |
| 07/22 | 30.00 | INTERNET XFER TO DDA ***2482 ID: 203095625 2304302371 |
| 07/22 | 10.00 | INTERNET XFER TO DDA ***2474 ID: 203095811 2304302387 |
| 07/23 | 2,312.00 | INTERNET XFER TO DDA ***2474 ID: 204132315 2304604179 |
| 07/23 | 645.00 | INTERNET XFER TO DDA ***2482 ID: 204132215 2304604177 |
| 07/27 | 2,960.98 | INTERNET XFER TO DDA ***2490 ID: 208112542 2305108269 |
| 07/27 | 1,994.00 | INTERNET XFER TO DDA ***2482 ID: 208120155 2305108649 |
| 07/27 | 1,720.00 | INTERNET XFER TO DDA ***2490 ID: 208112730 2305108285 |
| 07/27 | 980.28 | INTERNET XFER TO DDA ***2482 ID: 208120101 2305108647 |
| 07/27 | 410.00 | INTERNET XFER TO DDA ***2482 ID: 208121004 2305108695 |
| 07/27 | 20.00 | INTERNET XFER TO DDA ***2482 ID: 208121109 2305108709 |
| 07/27 | .10 | INTERNET XFER TO DDA ***2474 ID: 208120434 2305108665 |



EQUAL HOUSING LENDER   MEMBER FDIC

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 07/30 | 900.00 | IRS USATAXPYMT 270961100217245REF # 061036010028843  1104740553 |
| 07/30 | 317.10 | INTERNET XFER TO DDA ***2482 ID: 211101541 2304902967 |
| 07/30 | 144.00 | INTERNET XFER TO DDA ***2474 ID: 211101109 2304902931 |
| 07/30 | 35.00 | INTERNET XFER TO DDA ***2482 ID: 211101803 2304903005 |
| 07/31 | 14.50 | DEPOSITED TRANSIT ITEMS FEE |

**16  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1115 | 07/03 | 31.05 | 1137 | 07/09 | 120.00 | 1142 | 07/28 | 96.40 |
| 1131* | 07/07 | 349.40 | 1138 | 07/13 | 5,142.50 | 1143 | 07/29 | 31.05 |
| 1133* | 07/09 | 100.00 | 1139 | 07/13 | 123.57 | 1144 | 07/28 | 369.07 |
| 1134 | 07/08 | 500.98 | 1140 | 07/23 | 100.00 | 1145 | 07/28 | 37.70 |
| 1135 | 07/08 | 48.50 | 1141 | 07/22 | 200.65 | 1146 | 07/27 | 200.00 |
| 1136 | 07/07 | 598.99 | | | | | | |

*Not in check sequence*

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/01 | 3,715.80 | 07/13 | 4,400.65 | 07/23 | 19,384.87 |
| 07/02 | 4,358.21 | 07/14 | 1,439.67 | 07/24 | 19,449.87 |
| 07/03 | 4,392.16 | 07/15 | 1,943.67 | 07/27 | 17,101.95 |
| 07/06 | 4,404.41 | 07/16 | 24,333.17 | 07/28 | 18,001.82 |
| 07/07 | 2,545.27 | 07/17 | 24,141.61 | 07/29 | 18,904.77 |
| 07/08 | 2,866.79 | 07/20 | 20,750.52 | 07/30 | 20,117.97 |
| 07/09 | 5,400.78 | 07/22 | 18,589.62 | 07/31 | 20,103.47 |
| 07/10 | 5,331.72 | | | | |

EQUAL HOUSING LENDER    MEMBER FDIC

# Amegy Bank of Texas

Account #     0003742466

This Statement:
July 31, 2009
Page 5 of 7



Posted 07/02/09     DEPOSIT                 $4267.19



Posted 07/06/09     DEPOSIT                 $4370.78



Posted 07/09/09     DEPOSIT                 $1218.99



Posted 07/13/09     DEPOSIT                 $4402.00



Posted 07/16/09     DEPOSIT                 $23879.50



Posted 07/20/09     DEPOSIT                 $5838.88



Posted 07/23/09     DEPOSIT                 $3852.25



Posted 07/27/09     DEPOSIT                 $5626.30



Posted 07/30/09     DEPOSIT                 $2609.30



Posted 07/03/09     Ch# 1115                $31.05



Posted 07/07/09     Ch# 1131                $349.40



Posted 07/09/09     Ch# 1133                $100.00

0035356-0000003-0070897

# Amegy Bank of Texas

Account #     0003742466

This Statement:
July 31, 2009
Page 6 of 7



Posted 07/08/09  Ch# 1134                     $500.98

Posted 07/08/09  Ch# 1135                     $48.50

Posted 07/07/09  Ch# 1136                     $598.99

Posted 07/09/09  Ch# 1137                     $120.00

Posted 07/13/09  Ch# 1138                     $5142.50

Posted 07/13/09  Ch# 1139                     $123.57

Posted 07/23/09  Ch# 1140                     $100.00

Posted 07/22/09  Ch# 1141                     $200.65

Posted 07/28/09  Ch# 1142                     $96.40

Posted 07/29/09  Ch# 1143                     $31.05

Posted 07/28/09  Ch# 1144                     $369.07

Posted 07/28/09  Ch# 1145                     $37.70

## Amegy Bank of Texas

Account #    0003742466



Posted 07/27/09  Ch# 1146              $200.00

0035356-0000004-0070898

0035356-0000004-0070898

# **Amegy**Bank
### of Texas

P.O. BOX 27459 • HOUSTON, TX  77227-7459

**Statement of Accounts**
Page 1 of 6
This Statement: July 31, 2009
Last Statement: June 30, 2009

Account 0003742474

0035357                3213-06-0200-AMG-PG0023-00014

SPIRIT & TRUTH FAMILY WORSHIP CENTE
MINISTRIES OF HELPS
PO BOX 1539
LEAGUE CITY TX  77574-1539

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:               713-235-8810
In Dallas/Fort Worth:     214-754-9500
In San Antonio:           210-343-4500
Or Toll-Free:             800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank National Association**

> **IMPORTANT INFORMATION REGARDING THE DAILY OVERDRAFT FEE DESCRIPTION - Daily Overdraft Fee (beginning on the 6th day for accounts overdrawn for 5 consecutive days) - $5.00/day.  The amount of the fee has not changed.  Contact your Banker for details.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Checking | 0003742474 | $14,671.21 | |

## BUSINESS CHECKING 0003742474                                                                         105    14

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 14,966.11 | 12,733.24 | 9,283.65 | 3,744.49 | 14,671.21 |

**27 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 07/02 | 180.00 | INTERNET XFER FROM DDA ***2466 ID: 183092535 2304503034 |
| 07/06 | 463.88 | INTERNET XFER FROM DDA ***2466 ID: 187090007 2304606734 |
| 07/06 | 279.49 | INTERNET XFER FROM DDA ***2466 ID: 187104333 2304607794 |
| 07/06 | 154.00 | INTERNET XFER FROM DDA ***2466 ID: 187104138 2304607778 |
| 07/06 | 82.00 | INTERNET XFER FROM DDA ***2466 ID: 187103949 2304607754 |
| 07/06 | 5.00 | INTERNET XFER FROM DDA ***2466 ID: 187131656 2304609096 |
| 07/07 | 260.75 | INTERNET XFER FROM DDA ***2466 ID: 188092434 2304602202 |
| 07/07 | 195.00 | INTERNET XFER FROM DDA ***2466 ID: 188092051 2304602174 |
| 07/08 | 2,148.00 | INTERNET XFER FROM DDA ***2482 ID: 189101522 2304802720 |
| 07/09 | 15.00 | INTERNET XFER FROM DDA ***2466 ID: 190090714 2304402216 |
| 07/15 | 21.00 | INTERNET XFER FROM DDA ***2466 ID: 196103708 2305104418 |
| 07/20 | 1,550.00 | INTERNET XFER FROM DDA ***2466 ID: 201143224 2305109858 |
| 07/20 | 1,305.49 | INTERNET XFER FROM DDA ***2466 ID: 201143400 2305109866 |
| 07/20 | 1,040.00 | INTERNET XFER FROM DDA ***2466 ID: 201150548 2305110090 |
| 07/20 | 650.00 | INTERNET XFER FROM DDA ***2466 ID: 201145547 2305110008 |
| 07/20 | 180.00 | INTERNET XFER FROM DDA ***2466 ID: 201144551 2305109942 |
| 07/20 | 170.00 | INTERNET XFER FROM DDA ***2466 ID: 201145201 2305109986 |
| 07/20 | 65.00 | INTERNET XFER FROM DDA ***2466 ID: 201145756 2305110026 |
| 07/20 | 25.00 | INTERNET XFER FROM DDA ***2466 ID: 201151143 2305110146 |
| 07/22 | 340.00 | INTERNET XFER FROM DDA ***2466 ID: 203093645 2304302184 |
| 07/22 | 137.25 | INTERNET XFER FROM DDA ***2466 ID: 203093229 2304302142 |
| 07/22 | 10.00 | INTERNET XFER FROM DDA ***2466 ID: 203095811 2304302386 |
| 07/23 | 2,312.00 | INTERNET XFER FROM DDA ***2466 ID: 204132315 2304604178 |
| 07/27 | 980.28 | INTERNET XFER FROM DDA ***2466 ID: 208120101 2305108646 |
| 07/27 | 20.00 | INTERNET XFER FROM DDA ***2466 ID: 208121109 2305108708 |
| 07/27 | 0.10 | INTERNET XFER FROM DDA ***2466 ID: 208120434 2305108664 |
| 07/30 | 144.00 | INTERNET XFER FROM DDA ***2466 ID: 211101109 2304902930 |



**MEMBER FDIC**

0035357-0000001-0070899

**An Easy Approach To Balancing Your Account**                                        Page 2 of 6

To reconcile your checkbook balance to your statement balance: Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**IN CASE OF ERRORS IDENTIFIED ON THIS STATEMENT**
You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on the statement. Contact us at the phone number(s) shown on page one of this statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For Check Reserve accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**For electronic transfers:** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**CHECK RESERVE AVERAGE DAILY BALANCE METHOD**
We figure the finance charge on your Check Reserve account by applying the daily periodic rate to the "Average Daily Balance" of your account, including current transactions, multiplied by the number of days in the billing cycle. To get the "Average Daily Balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Any unpaid finance charges incurred during that billing period are not included in the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance" or "Balance Subject to Finance Charge."

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to:
   Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank of Texas, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**

# Amegy Bank of Texas

Page 3 of 6
July 31, 2009
SPIRIT & TRUTH FAMILY WORSHIP CENTE
0003742474

P.O. BOX 27459 • HOUSTON, TX 77227-7459

## 15 CHARGES/DEBITS

| Date | Amount | Description |
|------|--------|-------------|
| 07/08 | 2,148.00 | INTERNET XFER TO DDA ***2482 ID: 189103105  2304802915 |
| 07/08 | 1,074.00 | INTERNET XFER TO DDA ***2482 ID: 189095250  2304802479 |
| 07/09 | 1,550.00 | INTERNET XFER TO DDA ***2466 ID: 190145439  2304404921 |
| 07/09 | 1,305.49 | INTERNET XFER TO DDA ***2490 ID: 190131228  2304404135 |
| 07/13 | 85.98 | 24388945ZDDZR1333 6254 TLF*FROM YOU FLOWERS OLD SAYBROOK CT  1207036994 |
| 07/15 | 23.15 | 2471705643SWWG9X5 6254 OVERNIGHT PRINTS 888-6772000 CA  1206540895 |
| 07/23 | 60.00 | 24607946Q61BDRB1W 6254 A CREATION FOR YOU LA MARQUE TX  1205941863 |
| 07/24 | 53.96 | 24492156QNQ6W747L 6254 FRY'S ELECTRONICS #34 WEBSTER TX  1204542899 |
| 07/27 | 1,542.15 | 24323036E3J7TAKJX 6254 MOODY GARDENS, INC GALVESTON TX  1206234528 |
| 07/27 | 194.00 | 24254776DDNN4485S 6254 WIX.COM, INC. 646-8626005 NY  1206234527 |
| 07/27 | 129.88 | 24610436D03PTW6PX 6254 GUITAR CENTER #445 WEBSTER TX  1206234529 |
| 07/28 | 552.40 | INTERNET XFER TO DDA ***2466 ID: 209100721  2304702591 |
| 07/28 | 367.94 | INTERNET XFER TO DDA ***2466 ID: 209100942  2304702619 |
| 07/28 | 136.70 | INTERNET XFER TO DDA ***2466 ID: 209101058  2304702635 |
| 07/28 | 60.00 | INTERNET XFER TO DDA ***2466 ID: 209100553  2304702579 |

## 14 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1003 | 07/16 | 40.00 | 1022 | 07/16 | 40.00 | 1028 | 07/23 | 100.00 |
| 1004 | 07/06 | 235.00 | 1023 | 07/21 | 100.00 | 1030* | 07/27 | 235.00 |
| 1019* | 07/02 | 125.00 | 1024 | 07/21 | 50.00 | 1031 | 07/28 | 1,500.00 |
| 1020 | 07/06 | 407.49 | 1026* | 07/23 | 60.00 | 1032 | 07/28 | 300.00 |
| 1021 | 07/06 | 402.00 | 1027 | 07/23 | 150.00 | | | |

* Not in check sequence

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/02 | 15,021.11 | 07/15 | 11,414.12 | 07/23 | 18,598.86 |
| 07/06 | 14,960.99 | 07/16 | 11,334.12 | 07/24 | 18,544.90 |
| 07/07 | 15,416.74 | 07/20 | 16,319.61 | 07/27 | 17,444.25 |
| 07/08 | 14,342.74 | 07/21 | 16,169.61 | 07/28 | 14,527.21 |
| 07/09 | 11,502.25 | 07/22 | 16,656.86 | 07/30 | 14,671.21 |
| 07/13 | 11,416.27 | | | | |

MEMBER FDIC

0035357-0000002-0070900

**Amegy Bank of Texas**

This page intentionally left blank

0035357-0000002-0070900

**Amegy Bank of Texas**

Account #     0003742474

This Statement:
July 31, 2009
Page 5 of 6



Posted 07/16/09  Ch# 1003                    $40.00

Posted 07/06/09  Ch# 1004                    $235.00

Posted 07/02/09  Ch# 1019                    $125.00

Posted 07/06/09  Ch# 1020                    $407.49

Posted 07/06/09  Ch# 1021                    $402.00

Posted 07/16/09  Ch# 1022                    $40.00

Posted 07/21/09  Ch# 1023                    $100.00

Posted 07/21/09  Ch# 1024                    $50.00

Posted 07/23/09  Ch# 1026                    $60.00

Posted 07/23/09  Ch# 1027                    $150.00

Posted 07/23/09  Ch# 1028                    $100.00

Posted 07/27/09  Ch# 1030                    $235.00

0035357-0000003-0070901

# Amegy Bank of Texas

Account #     0003742474

This Statement:
July 31, 2009
Page 6 of 6



Posted  07/28/09  Ch# 1031                    $1500.00

Posted  07/28/09  Ch# 1032                     $300.00

0035357-0000003-0070901



**Amegy Bank**
of Texas

P.O. BOX 27459 • HOUSTON, TX  77227-7459

**Statement of Accounts**
Page 1 of 5
This Statement: July 31, 2009
Last Statement: June 30, 2009

Account 0003742482

0035358                3213-06-0200-AMG-PG0023-00008

SPIRIT & TRUTH FAMILY WORSHIP CENTE
BUILDERS FUND
PO BOX 1539
LEAGUE CITY TX  77574-1539

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:                713-235-8810
In Dallas/Fort Worth:      214-754-9500
In San Antonio:            210-343-4500
Or Toll-Free:              800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank National Association**

IMPORTANT INFORMATION REGARDING THE DAILY OVERDRAFT FEE DESCRIPTION - Daily Overdraft Fee (beginning on the 6th day for accounts overdrawn for 5 consecutive days) - $5.00/day.  The amount of the fee has not changed.  Contact your Banker for details.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Checking | 0003742482 | $15,695.26 | |

## BUSINESS CHECKING 0003742482                                                    105    8

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 11,399.87 | 11,188.60 | 3,756.00 | 3,137.21 | 15,695.26 |

**19 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 07/02 | 275.00 | INTERNET XFER FROM DDA ***2466 ID: 183092343  2304503022 |
| 07/06 | 617.00 | INTERNET XFER FROM DDA ***2466 ID: 187090131  2304606760 |
| 07/06 | 50.00 | INTERNET XFER FROM DDA ***2466 ID: 187131813  2304609102 |
| 07/07 | 455.00 | INTERNET XFER FROM DDA ***2466 ID: 188092558  2304602210 |
| 07/08 | 2,148.00 | INTERNET XFER FROM DDA ***2474 ID: 189103105  2304802914 |
| 07/08 | 1,074.00 | INTERNET XFER FROM DDA ***2474 ID: 189095250  2304802478 |
| 07/15 | 125.00 | INTERNET XFER FROM DDA ***2466 ID: 196104026  2305104456 |
| 07/20 | 820.00 | INTERNET XFER FROM DDA ***2466 ID: 201144435  2305109940 |
| 07/20 | 503.50 | INTERNET XFER FROM DDA ***2466 ID: 201150257  2305110066 |
| 07/20 | 25.00 | INTERNET XFER FROM DDA ***2466 ID: 201151229  2305110156 |
| 07/22 | 815.00 | INTERNET XFER FROM DDA ***2466 ID: 202092817  2304302118 |
| 07/22 | 690.00 | INTERNET XFER FROM DDA ***2466 ID: 203094910  2304302302 |
| 07/22 | 160.00 | INTERNET XFER FROM DDA ***2466 ID: 203093816  2304302200 |
| 07/22 | 30.00 | INTERNET XFER FROM DDA ***2466 ID: 203095625  2304302370 |
| 07/23 | 645.00 | INTERNET XFER FROM DDA ***2466 ID: 204132215  2304604176 |
| 07/27 | 1,994.00 | INTERNET XFER FROM DDA ***2466 ID: 208120155  2305108648 |
| 07/27 | 410.00 | INTERNET XFER FROM DDA ***2466 ID: 208121004  2305108694 |
| 07/30 | 317.10 | INTERNET XFER FROM DDA ***2466 ID: 211101541  2304902966 |
| 07/30 | 35.00 | INTERNET XFER FROM DDA ***2466 ID: 211101803  2304903004 |



EQUAL HOUSING
LENDER       MEMBER FDIC

**An Easy Approach To Balancing Your Account**                    Page 2 of 5

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Transfer to Line 9.

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**IN CASE OF ERRORS IDENTIFIED ON THIS STATEMENT**
You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on the statement. Contact us at the phone number(s) shown on page one of this statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

**For Check Reserve accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**For electronic transfers:** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**CHECK RESERVE AVERAGE DAILY BALANCE METHOD**
We figure the finance charge on your Check Reserve account by applying the daily periodic rate to the "Average Daily Balance" of your account, including current transactions, multiplied by the number of days in the billing cycle. To get the "Average Daily Balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Any unpaid finance charges incurred during that billing period are not included in the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance" or "Balance Subject to Finance Charge."

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1.  Make a transfer online at www.amegybank.com.
2.  Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3.  Mail your payment to:
    Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459
4.  Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank of Texas, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**

0035358-0000001-0070902



**AmegyBank** of Texas

P.O. BOX 27459 • HOUSTON, TX  77227-7459

........................................................................................................................................

**4  CHARGES/DEBITS**

| Date | Amount | Description |
|------|--------|-------------|
| 07/08 | 2,148.00 | INTERNET XFER TO DDA ***2474 ID: 189101522 2304802721 |
| 07/08 | 213.00 | INTERNET XFER TO DDA ***2466 ID: 189100432 2304802585 |
| 07/13 | 1,109.00 | 244356560612LAKVX 6262 XEROX CORPORATION-CRED800-835-6100 OR  1207036995 |
| 07/28 | 286.00 | INTERNET XFER TO DDA ***2466 ID: 209101220 2304702649 |

........................................................................................................................................

**8  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1019 | 07/07 | 615.00 | 1022 | 07/22 | 1,190.00 | 1025 | 07/27 | 191.95 |
| 1020 | 07/15 | 420.00 | 1023 | 07/20 | 156.00 | 1026 | 07/28 | 325.00 |
| 1021 | 07/14 | 225.00 | 1024 | 07/28 | 14.26 | | | |

........................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/02 | 11,674.87 | 07/14 | 11,708.87 | 07/23 | 13,756.37 |
| 07/06 | 12,341.87 | 07/15 | 11,413.87 | 07/27 | 15,968.42 |
| 07/07 | 12,181.87 | 07/20 | 12,606.37 | 07/28 | 15,343.16 |
| 07/08 | 13,042.87 | 07/22 | 13,111.37 | 07/30 | 15,695.26 |
| 07/13 | 11,933.87 | | | | |



EQUAL HOUSING
LENDER   **MEMBER FDIC**

0035358-0000002-0070903

**Amegy Bank of Texas**

This page intentionally left blank

0035358-0000002-0070903

Amegy Bank of Texas

Account # 0003742482

This Statement:
July 31, 2009
Page 5 of 5



Posted 07/07/09 Ch# 1019 $615.00



Posted 07/15/09 Ch# 1020 $420.00



Posted 07/14/09 Ch# 1021 $225.00



Posted 07/22/09 Ch# 1022 $1190.00



Posted 07/20/09 Ch# 1023 $156.00



Posted 07/28/09 Ch# 1024 $14.26



Posted 07/27/09 Ch# 1025 $191.95



Posted 07/28/09 Ch# 1026 $325.00

0035358-0000003-0070904