## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | |
| **SPIRIT AND TRUTH FAMILY** | § | **CASE NO. 09-33890** |
| **WORSHIP CENTER, INC.** | § | **(Chapter 11)** |
| | § | |
| **DEBTOR** | § | |

---

### AFFIDAVIT IN SUPPORT OF EXPEDITED MOTION FOR ORDER
### TO EXTEND THE 45 DAYS DEADLINE
### PURSUANT TO 11 U.S.C. SECTIONS 1121(e) AND 1129(e)
### FOR OBTAINING CONFIRMATION OF PLAN
### (In Reference to Docket No. 19)

---

| | |
|---|---|
| **THE STATE OF TEXAS** | § |
| | § |
| **COUNTY OF HARRIS** | § |

BEFORE ME, the undersigned authority, on this date personally appeared J. CRAIG COWGILL, who being by me duly sworn, deposed and on oath stated:

"My name is J. Craig Cowgill, and I am over twenty-one (21) years of age, of sound mind and in all respect I am competent to make this Affidavit. I am the attorney for Debtor herein.

"I have personal knowledge of the accuracy of the factual allegations contained in the foregoing Expedited Motion, and I do certify that the statements contained therein are true and correct to the best of my knowledge, information and belief."

"The Debtor is a non-profit organization designed to teach biblical principles that will help its congregants experience salvation through Jesus Christ and develop the acquisition of skills necessary to promote self-determination, hope, and prosperity in an excellent manner that glorifies God."

"On June 1, 2009 the Debtor filed a voluntary petition for relief under Chapter 11, of Title 11, U.S.C. Debtor is managing and conducting its affairs as a Debtor-in-Possession."

"Pursuant to Title 11 U.S.C. 101(51) the Debtor falls within the definition of a 'small business case'".

" On September 9, 2009 the Debtor filed its Disclosure Statement and Plan of Reorganization with this Court."

"Inasmuch as the Chapter 11 small business plan was filed on September 9, 2009, the deadline imposed under §1129(e) expires on October 25, 2009."

"My office followed normal procedure in docketing the necessary deadlines under 11 U.S.C. and when it was brought to my attention that the plan had not yet been set on this case, I instructed my staff to contact the case manager to resolve this matter.  The first available date, per the case manager, was November 9, 2009 at 10:45 A.M. which is outside of the 45 day deadline under 11 U.S.C. §1129(e)."

"Under Title 11 of the United States Code §1121(e)(3)(A)(B) and (C) the Court can extend the deadline if just cause exist."

Further Affiant saith not.

J. CRAIG COWGILL

SUBSCRIBED AND SWORN TO before me on this 19th day of October, 2009.

CATHY L. MOORE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 2, 2010

Notary Public in and for
The State of Texas