UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SPIRIT AND TRUTH FAMILY | § | CASE NO. 09-33890 |
| WORSHIP CENTER, INC. | § | (Chapter 11) |
| Debtor | § | |

**ORDER LIFTING STAY**
**(Resolves Docket #27)**

Came on for consideration the Motion to Lift Stay above-styled and numbered proceeding, and the Court was of the opinion it should be granted, accordingly,

**It is ORDERED** that Foundation Capital Resources, Inc. is granted relief from the stay of 11 U.S.C. §362 for the purpose of allowing Movant to exercise its state law remedies including rights of foreclosure and/or eviction with respect to the following property:

> 6.0000 acres of land out of the Stephen F. Austin Survey, Abstract No 3, in Galveston County, Texas and being out of and a part of that certain 76.380 acre tract of land conveyed to Woco, Inc., as described in Correction Trustee's Deed recorded under County Clerk's File No. 8833386 of the Real Property Records of Galveston County, said 6.0000 acres of land being more particularly described by metes and bounds in Exhibit "A" attached to the Deed of Trust.

**SIGNED** this _____ day of _____, 2009.

_____
United States Bankruptcy Judge

**APPROVED AS TO FORM & SUBSTANCE:**

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**

/s/ Michael J. Smith
MICHAEL J. SMITH
TBA No. 18650880
4646 Wild Indigo, Suite 110
Houston, Texas  77027
Telephone:	(713) 800-8608
Facsimile:	(713) 800-8609
**Attorneys for Movant,**
**Foundation Capital Resources, Inc.**

## CERTIFICATE OF SERVICE

I, Michael J. Smith, hereby certify that a true and correct copy of the foregoing has been served upon the parties listed on the attached service list by electronic mail, and/or by first class mail, postage prepaid, or as otherwise stated on the 16th day of November, 2009.

/s/ Michael J. Smith
Michael J. Smith

## SERVICE LIST

**DEBTOR:**
Spirit and Truth Family Worship Center, Inc.
P.O. Box 1539
League City, Texas 77574-1539
*Via First Class Mail*

**DEBTOR'S COUNSEL:**
J. Craig Cowgill
Attorney at Law
8100 Washington, Suite 120
Houston, Texas 77007
Telephone: (713) 956-0254
Facsimile: (713) 956-6284
Email: jccowgill@cogillholmes.com
*Via Electronic Notice*

**U.S. TRUSTEE:**
Ellen Maresh Hickman
Office of U. S. Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Facsimile: (713) 718-4680
Email: ellen.hickman@usdoj.gov
*Via Electronic Notice*

**TWENTY (20) LARGEST UNSECURED CREDITORS SCHEDULED BY DEBTOR, PARTIES IN INTEREST AND THOSE REQUESTING NOTICE:**

Capital One
P.O. Box 381
Salt Lake City, UT

Challenger Storage
1730 FM 528 Rd
Webster, TX 77598-4708

Cornerstone Shopping Center
c/o Noble House Real Estate
P.O. Box 202
Seabrook, TX 77586-0202

Custom Construction
1515 Webster St.
Houston, TX 77002

Extra Space Storage
8600 S. Main St.
Houston, TX 77025-2704

First Data
6200 S. Quebec St.
Greenwood Village, CO 80111-4729

Konica Minolta Business Solutions
P.O. Box 122366
Dallas, TX 75312-2366

Morningstar Mini Storage
3500 E FM 528 Rd
Friendswood, TX 77546-5005

Mr. Duke Keller, Jr.
Weycer, Kaplan, Pulaski & Zuber
Eleven Greenway Plaza, Suite 1400
Houston, Texas 77046

Office Depot
P.O. Box 689020
Des Moines, IA 50368-9020

Progressive Electrical
P.O. Box 36543
Houston, TX 77236-6543

Sam's Club
P.O. Box 981064
El Paso, TX 79998-1064

U-Haul
351 Gulf Fwy S
League City, TX 77573-3525

U Bank
P.O. Box 6353
Fargo, ND 58125-6363