

**JUDGE LETITIA Z. CLARK**
**MAY   2010**

**ENTERED**
**05/06/2010**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  SPIRIT & TRUTH FAMILY WORSHIP CENTER INC    CASE NO. 09-33890-H3-11

CLAIMANT(S):  FOUNDATION CAPITAL RESOURCES, INC

FILED:  05/05/10

<u>SCHEDULING ORDER:   CLAIM OBJECTION</u>    (#59)

1. **THIS ORDER SHALL BE SERVED BY THE OBJECTOR TOGETHER WITH THE OBJECTION, IN COMPLIANCE WITH BANKRUPTCY LOCAL RULE 3007.**

2. A claimant must file and serve a written answer to the claim objection within twenty (20) days after service.

3. The Pre-Trial Hearing on this claim objection will be held at **02:00 P.M., on JULY 13, 2010,** 515 Rusk, 4th Floor, Courtroom 401, Houston, Texas.

Where no answer is filed to the Objection to claim, the objector may seek a default to sustain the objection at the noticed hearing, provided that the objection to claim is supported by a substantive affidavit, and, if the claimant is an individual, an affidavit sufficient to satisfy the Service Members Civil Relief Act, 50 App. U.S.C.  § 501, et. seq.

Counsel who have major responsibility for the hearing must attend the hearing.

**IF YOU BELIEVE THE AMOUNT YOU CAN CLAIM SHOULD BE PAID TO YOU, YOU MUST ATTEND THIS HEARING. IF YOU DO NOT, THE COURT MAY**

DENY YOUR CLAIM AND YOU MAY BE PAID NOTHING. CLAIMANTS ARE ADVISED TO REVIEW BANKRUPTCY LOCAL RULE 3007 IN FULL SO THAT THEY MAY UNDERSTAND THE PROCEDURE FOR CLAIMS OBJECTIONS AND THE POSSIBILITY OF DEFAULT IF THEY FAIL TO ATTEND THE ABOVE SCHEDULED HEARING CONFERENCE.

BASELESS OBJECTIONS TO HARASS SMALL OR OUT-OF-TOWN CLAIMANTS WILL BE DEALT WITH UNDER BANKRUPTCY RULE 9011.

4. Failure to comply with the requirements of this order may result in sanctions being imposed on counsel and the parties, including dismissal.

DATE: **MAY 06, 2010**

_____
UNITED STATES BANKRUPTCY JUDGE