

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/14/2010

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SPIRIT AND TRUTH FAMILY | § | CASE NO. 09-33890 |
| WORSHIP CENTER, INC. | § | (Chapter 11) |
| | § | |
| DEBTOR | § | |

### UNOPPOSED/DEFAULT ORDER
### ON DEBTOR'S OBJECTION TO CLAIM NO. 1
### OF FOUNDATION CAPITAL RESOURCES, INC.
(Regarding Doc. No. 60)

CAME ON for consideration the Debtor's Objection to Claim Number No. 1 of Foundation Capital Resources, Inc. ("Foundation") (*see* Docket No. 60) filed by Sprit and Truth Family Worship Center, Inc.; and it appearing that proper notice was given by the Debtor as supported in the attached Affidavit and no response having been filed by Foundation the Court is of the opinion that the objection is hereby sustained; it is therefore,

**ORDERED** that Claim No. 1 of Foundation is disallowed and **DENIED**.

7/13/10

_____
UNITED STATES BANKRUPTCY JUDGE

**APPROVED:**

**J. CRAIG COWGILL & ASSOCIATES, P.C.**

By: *[signature]*
J. Craig Cowgill
State Bar No./ 04929000
8100 Washington, Suite 120
Houston, TX. 77007
713/956-6284 (telephone)
713/956-6284 (fax)

Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| SPIRIT AND TRUTH FAMILY WORSHIP CENTER, INC. | § § § | CASE NO. 09-33890 (Chapter 11) |
| DEBTOR | § § | |

AFFIDAVIT IN SUPPORT OF UNOPPOSED/DEFAULT ORDER
DEBTOR'S OBJECTION TO CLAIM NO. 1 OF
FOUNDATION CAPITAL RESOURCES, INC.

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this date personally appeared J. CRAIG COWGILL, who being by me duly sworn, deposed and on oath stated:

"My name is J. Craig Cowgill, and I am over twenty-one (21) years of age, of sound mind and in all respect I am competent to make this Affidavit. I am the attorney for Debtor herein.

"I have personal knowledge of the accuracy of the factual allegations contained in the foregoing Debtor's Objection to Claim No. 1 of Foundation Capital Resources, Inc. and I affirm that a copy of said Objection to Claim No. 1 of Foundation (*see* Doc. No. 60) was served upon counsel for Foundation, Michael J. Smith by electronic service of the Court and by first class mail on May 5, 2010, and that on May 13, 2010, a copy of the Schedule Order to Claim Objection (*see* Doc. No. 65) and the Debtor's Objection was served upon Michael J. Smith by electronic service of the Court and first class mail and that as of this date no response having been filed by Foundation."

Further Affiant saith not.

_____
J. CRAIG COWGILL

SUBSCRIBED AND SWORN TO before me on this 13th day of July, 2010.

_____
Notary Public in and for
The State of Texas

CATHY L. MOORE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 2, 2010