IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SPIRIT AND TRUTH FAMILY | § | CASE NO. 09-33890 |
| WORSHIP CENTER, INC. | § | (Chapter 11) |
| | § | |
| DEBTOR | § | |

## MOTION FOR ENTRY OF FINAL DECREE

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW SPIRIT & TRUTH FAMILY WORSHIP CENTER, INC., Debtor herein, with this Motion for Entry of Final Decree and would respectfully show unto the Court as follows:

1. On June 1, 2009, the Debtor filed a voluntary petition herein under Chapter 11 of the Bankruptcy Code.

2. On March 24, 2010, an Order Confirming Second Amended Plan, was entered by this Court.

3. The Debtor is paying all creditors according to the terms and conditions of its confirmed Plan.

4. The Debtor is current on all of its U. S. Trustee's quarterly fees.

5. There are no pending claim objections or adversary proceedings. The distribution have been made under the terms of the Plan. The estate has been fully administered within the meaning of 11 U.S.C. §350(a).

6.  Accordingly, the Reorganized Debtor requests that this Court enter an order of final decree pursuant to 11 U.S.C. §350(a) effective as of the date of execution of the entry of the Order Granting Final Decree.

**WHEREFORE, PREMISES CONSIDERED**, Sprit & Truth Family Worship Center, Inc. respectfully prays for the entry of the Final Decree and for such other and further relief as is just.

Respectfully submitted this 28th day of February, 2011.

J. CRAIG COWGILL & ASSOCIATES, P.C.

By **/s/J. Craig Cowgill**
J. Craig Cowgill
State Bar No. 04929000
8100 Washington., Suite 120
Houston, Texas 77007
713/523-0995 (telephone)
713/956-6284 (telecopier)
Attorneys for Debtor

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Entry of Final Decree has been served the U. S. Trustee and Parties Requesting Notice, via the Court's electronic system, ECF, if available, and to all other creditors and parties in interest set forth in the attached Service List by depositing same in first class mail proper postage affixed on the 28th day of February, 2011.

**/s/J. Craig Cowgill**
J. Craig Cowgill

See attached list

```
Label Matrix for local noticing        Foundation Capital Resources, Inc.     Spirit and Truth Family Worship Center, Inc.
0541-3                                  1661 North Boonville Ave, Suite 1      P. O. Box 1539
Case 09-33890                           Springfield, MO 65803-2751             League City, TX 77574-1539
Southern District of Texas
Galveston
Mon Feb 28 11:45:41 CST 2011

3                                       CIT TECHNOLOGY FINANCING SERVICES, INC. Capital One
United States Bankruptcy Court          10201 CENTURION PKWY N. #100           PO Box 381
PO Box 2300                             JACKSONVILLE, FL 32256-4114            Salt Lake City, UT  84110-0381
Galveston, TX 77553-2300


Challenger Storage                      Chernosky, Smith, Ressling & Smith     Cornerstone Shopping Center
1730 Fm 528 Rd                          Michael J. Smith                       C/O Noble House Real Estate
Webster, TX  77598-4708                 4646 Wild Indigo St Ste 110            PO Box 202
                                        Houston, TX  77027-7190                Seabrook, TX  77586-0202


Custom Construction                     Extra Space Storage                    Fikes
1515 Webster St                         8600 S Main St                         PO Box 19278
Houston, TX  77002                      Houston, TX  77025-2704                Houston, TX  77224-9278


First Data                              Foundation Capital                     Konica Minolta Business Solutions
6200 S Quebec St                        Mr. Gene Johnson                       21146 Network Place
Greenwood Village, CO 80111-4729        1661 North Booneville                  Chicago, IL  60673-1211
                                        Springfield, MO 65803-2751


Konica Minolta Business Solutions       Morningstar Mini-Storage               Mr. Duke DKeller, Jr.
P. O. Box 122366                        3500 E Fm 528 Rd                       Weycer, Kaplan Pulaski & Zuber
Dallas, TX  75312-2366                  Friendswood, TX  77546-5005            Eleven Greenway Plaza, #1400
                                                                                Houston, TX 77046-1130


Mr. Mark Rucker                         Office Depot                           Pitney Bowes
AG Financial                            P. O. Box 689020                       P.O. Box 856042
1661 N Boonville Ave Stop 1             Des Moines, IA  50368-9020             Louisville, KY  40285-6042
Springfield, MO  65803-2751


Progressive Electrical                  Sam's Club                             U-Haul
PO Box 36543                            PO Box 981064                          351 Gulf Fwy S
Houston, TX  77236-6543                 El Paso, TX  79998-1064                League City, TX  77573-3525


U. Bank                                 U.S. Bank N.A./Retail Payment solutions US Trustee
P. O. Box 6353                          P.O. Box 5229                          Office of the US Trustee
Fargo, ND  58125-6353                   Cincinnati, OH 45201-5229              515 Rusk Ave
                                                                                Ste 3516
                                                                                Houston, TX 77002-2604


J Craig Cowgill
Attorney at Law
8100 Washington
Suite 120
Houston, TX 77007-1055
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Foundation Capital Resources, Inc.     End of Label Matrix
1661 North Boonville Ave., Suite 1        Mailable recipients    27
Springfield, MO 65803-2751                Bypassed recipients     1
                                          Total                  28
```