B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Spirit & Truth Family Worship Center ,           Case No.  0933890-G3-11
              *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  July - Sept./2010                             Date filed: _____

Line of Business:  Religious Organization            NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:
*/s/ Alma B. Bamberg*
Original Signature of Responsible Party

Alma G. Bamberg
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*                      Yes     No

| #  | Question | Yes | No |
|----|----------|-----|-----|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

02/15/2005  11:32   7136597607                BEACH & COMPANY INTL                                PAGE   03/20
Case 09-33890   Document 74   Filed in TXSB on 03/28/11   Page 2 of 8

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $   99,187.90

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ _____
Cash on Hand at End of Month   $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $   99,187.90

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $   99,704.74

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $   99,187.90
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $   99,704.74

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $   -516.84

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| SPIRIT & TRUTH FAMILY WORSHIP CENTER, INC. | 09-33890 |
| | JUDGE |
| DEBTOR. | CHAPTER 11 |

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT

FROM July/2010 TO Sept/2010 FOR THE PERIOD

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 3/25/11

_Craig Cowgill_
Attorney for Debtor

**Debtor's Address and Phone Number:**
P.O. Box 1539
League City, TX
77574-1539
Tel. 281-339-2300

**Attorney's Address and Phone Number:**
8100 Washington Ave. Suite 120
Houston, TX
77607
Bar No.
Tel. 713 956-0254

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | ✓ |
| 2. Are any post-confirmation sales or payroll taxes past due? | | ✓ |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | ✓ |
| 4. Is the Debtor current on all post-confirmation plan payments? | ✓ | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet. (see attach)

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE ||||
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Commercial Gen. Liability - Allstate | | $714 YR | 0 |
| Clergy Counseling Liability - Allstate | | $325 YR | 0 |
| Commercial Inland Marine - Allstate | | $300 Annually | 0 |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**




Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 24th day of March 2011.

Debtor's Signature: [signed]

MONTHLY OPERATING REPORT -            ATTACHMENT NO. 2
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Spirit and Truth Family Worship Ctr
Case Number: 09-33890-G3
Date of Plan Confirmation:

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Quarterly | Post Confirmation Total |
|---|---|---|
| 1. CASH (Beginning of Period) | $ | $ |
| 2. INCOME or RECEIPTS during the Period | $ | $ 99,187.90 |

3. **DISBURSEMENTS**
   a. Operating Expenses (Fees/Taxes):
      (i) U.S. Trustee Quarterly Fees
      (ii) Federal Taxes
      (iii) State Taxes
      (iv) Other Taxes

   b. All Other Operating Expenses:

   c. Plan Payments: (see attach)
      (i) Administrative Claims
      (ii) Class One
      (iii) Class Two
      (iv) Class Three
      (v) Class Four
      (Attach additional pages as needed)

| | | |
|---|---|---|
| Total Disbursements (Operating & Plan) | $ | $ 99,704.74 |
| 1. CASH (End of Period) | $ | $ -516.84 |

1:41 PM
03/25/11
Cash Basis

# Spirit & Truth Family Worship Center
## Plan Payment Report
### July through September 2010

| Date | Num | Name | Account | Paid Amount |
|---|---|---|---|---|
| | | | **3rd Qtr Payment Plan** | |
| | | | **Disbursements** | |
| **Jul - Sep 10** | | | | |
| 07/29/2010 | 1514 | Class 3: Konica | 51030 · Printing and Copying | 1,184.60 |
| 08/19/2010 | 1526 | Konica | 51003 · Other Insurance | 15.46 |
| **Jul - Sep 10** | | | | **1,200.06** |
| | | | | |
| **Jul - Sep 10** | | | | |
| 07/07/2010 | Debit | Class 4: Pitney Bowes | 51020 · Postage, Mailing Ser | 31.05 |
| 07/28/2010 | Debit | Pitney Bowes | 51020 · Postage, Mailing Ser | 114.00 |
| 08/05/2010 | 1521 | Pitney Bowes | 51020 · Postage, Mailing Ser | 79.06 |
| **Jul - Sep 10** | | | | **224.11** |
| **Jul - Sep 10** | | | | |
| 07/07/2010 | Debit | Class 5: Fikes of Houst | 52880 · Cleaning & Church S | 96.40 |
| 07/28/2010 | Debit | Fikes of Houston, Inc | 52880 · Cleaning & Church S | 101.00 |
| **Jul - Sep 10** | | | | **276.46** |
| | | | | |
| **Jul - Sep 10** | | | | |
| 07/10/2010 | 1510 | Class 6: First Data | Credit Card Lease Machine | 32.33 |
| 08/10/2010 | 1550 | First Data | Credit Card Lease Machine | 32.33 |
| 09/10/2010 | 1521 | First Data | Credit Card Lease Machine | 32.33 |
| **Jul - Sep 10** | | | | **64.66** |
| | | | | |
| **Jul - Sep 10** | | | | |
| 07/20/2010 | 1502 | Class 7: Cornerstone Sl | 52890 · Rent | 6,142.50 |
| 08/05/2010 | 1390 | Cornerstone Shopping ( | 52890 · Rent | 4,142.50 |
| 09/09/2010 | 1546 | Cornerstone Shopping ( | 52890 · Rent | 6,142.50 |
| **Jul - Sep 10** | | | | **16,427.50** |
| | | **TOTAL** | | |

# Spirit & Truth Family Worship Center
## Plan Payment Report
### July through September 2010

| Date | Num | Name | Account | Paid Amount |
|---|---|---|---|---|
| | | | **4th Qtr Payment Plan** | |
| | | | **Disbursments** | |
| **Jul - Sep 10** | | | | |
| 11/04/2010 | 1586 | Class 3: Konica | 51030 · Printing and Copying | 478.96 |
| 12/02/2010 | 1607 | Konica | | 0.00 |
| 12/30/2010 | 1624 | Konica | | 574.76 |
| **Jul - Sep 10** | | | | **1,053.72** |
| **Jul - Sep 10** | | | | |
| 11/04/2010 | 1582 | Class 4: Pitney Bowes | 51020 · Postage, Mailing Ser | 132.84 |
| 11/30/2010 | 1602 | Pitney Bowes | 51020 · Postage, Mailing Ser | 132.84 |
| 12/30/2010 | 1621 | Pitney Bowes | 51020 · Postage, Mailing Ser | 164.84 |
| **Jul - Sep 10** | | | | **430.52** |
| **Jul - Sep 10** | | | | |
| 10/19/2010 | 1568 | Class 5: Fikes of Houst | 52880 · Cleaning & Church S | 202.00 |
| 12/30/2010 | 1619 | Fikes of Houston, Inc | 52880 · Cleaning & Church S | 202.00 |
| **Jul - Sep 10** | | | | **404.00** |
| **Jul - Sep 10** | | | | |
| 10/10/2010 | 1510 | Class 6: First Data | Credit Card Lease Machine | 32.33 |
| 11/10/2010 | 1550 | First Data | Credit Card Lease Machine | 32.33 |
| 12/10/2010 | 1521 | First Data | Credit Card Lease Machine | 32.33 |
| **Jul - Sep 10** | | | | **64.66** |
| **Jul - Sep 10** | | | | |
| 10/05/2010 | 1563 | Class 7: Cornerstone Sl | 52890 · Rent | 6,142.50 |
| 11/10/2010 | 1588 | Cornerstone Shopping C | 52890 · Rent | 4,142.50 |
| 12/13/2010 | 1612 | Cornerstone Shopping C | 52890 · Rent | 6,142.50 |
| **Jul - Sep 10** | | | | **16,427.50** |
| | | **TOTAL** | | |

## Spirit and Truth Family Worship Center
Insurance Information

| Coverage Type | Amount | Policy # | Policy Period | Annual Premium | Monthly Amt |
|---|---|---|---|---|---|
| Business Personal Property | $ 75,000 | 49 925933 | 04/02/09 - 04/02/10 | $ 713 | |
| Clergy Counseling Liability | $ 1,000,000 | 49827659 | 04/02/09 - 04/02/10 | $ 325 | $ 36.00 |
| Equipment Policy | $ 3,800 | 49 854358 | 04/02/09 - 04/02/10 | $ 300 | $ 33.50 |