

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

ENTERED
03/31/2011

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| SPIRIT AND TRUTH FAMILY | § | 09-33890-G3-11 |
| WORSHIP CENTER, INC. | § | (Chapter 11) |
| | § | |
| DEBTOR | § | |

## AGREED ORDER GRANTING FINAL DECREE

CAME ON for hearing on March 31, 2011, the Debtor's Motion for Entry of Final Decree (#68) and the Objection thereto filed by the United States Trustee. The United States Trustee announcing that the Debtor has complied with the issues raised in the Objection and is not opposed to entry of a final decree, it is hereby

ORDERED that the Motion for Entry of Final Decree be and is granted pursuant to 11 U.S.C. § 330(a) effective this date; it is further

ORDERED that the Estate of the above-named Debtor has been fully administered and that the Chapter 11 case of the above-named Debtor is closed; it is further

ORDERED that the Debtor shall pay all outstanding United States Trustee's fees, if any, within ten (10) days following entry of this Final Decree.

Signed this 31 day of March, 2011.

HONORABLE LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

AGREED AND ENTRY REQUESTED:

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By: _____
Ellen M. Hickman, Trial Attorney
515 Rusk, Suite 3516
Houston, TX 77002

COUNSEL FOR DEBTOR

By: _____
J. Craig Cowgill
J. Craig Cowgill & Associates, P>C.
8100 Washington, Suite 120
Houston, TX 77007